UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

------------------------------------------------------------X
:
ANTHONY MILANA,                                              :   Case No.: 2:16-cv-00385-UA-MRM
:
                Plaintiff,                                 :
      v.                                                         :
:
DRIVETIME AUTOMOTIVE GROUP, INC. d/b/a/                      :
DRIVETIME CAR SALES COMPANY, LLC and                         :
BRIDGECREST CREDIT COMPANY, LLC,                             :
:
                Defendants.                                :
:
:
:
:
------------------------------------------------------------X

## JOINT STIPULATION TO STAY CASE AND COMPEL ARBITRATION

Plaintiff Anthony Milana ("Plaintiff") and Defendants DriveTime Automotive Group, Inc.[1], DriveTime Car Sales Company, LLC, and Bridgecrest Credit Company, LLC (collectively the "Parties"), by and through their undersigned counsel, hereby submit this joint stipulation to stay the case and compel arbitration, stating as follows:

---

[1] The Complaint erroneously refers to DriveTime Automotive Group, Inc. as "DriveTime Automotive Group, Inc. d/b/a DriveTime Car Sales Company, LLC." DriveTime Automotive Group, Inc. is the ultimate corporate parent of DriveTime Car Sales Company, LLC and, as such, they are separate corporate entities.

1. Plaintiff commenced this action by filing a complaint against Defendants on May 19, 2016. *See* Doc. 1.

2. The Parties have since agreed to arbitrate all of the claims in this case pursuant to the written arbitration agreement entered into by the Parties, a copy of which is attached hereto as Exhibit A.

3. The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit B, which orders that all of the claims in this action be submitted to final, binding arbitration and that this action be stayed.

WHEREFORE, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit B.

Dated: June 8, 2016                                        Respectfully submitted,

*/s/ Octavio "Tav" Gomez*
Octavio "Tav" Gomez, Esquire
Florida Bar No. 338620
MORGAN & MORGAN
One Tampa Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4725
Tgomez@forthepeople.com
*Attorneys for Plaintiff*

*/s/ Jenny N. Perkins*
Jenny N. Perkins
Florida Bar No. 77570
BALLARD SPAHR LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103
Telephone: (215) 864-8378
Facsimile: (215) 864-8999
perkinsj@ballardspahr.com
*Attorneys for Defendants*

DMEAST #25870465 v1

OF COUNSEL
Martin C. Bryce, Jr.
BALLARD SPAHR LLP
1735 Market Street, 51st Fl
Philadelphia, PA 19103
bryce@ballardspahr.com
Telephone: (215) 865-8500
Fax: (215) 864-8999
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2016, I served a copy of the foregoing **Joint Stipulation to Stay Case and Compel Arbitration** via ecf notification upon the following parties:

Octavio "Tav" Gomez, Esq.
Morgan & Morgan, Tampa, PA
One Tampa Center
201 N. Franklin Street, 7th Floor
1100 W Cermak Rd Ste B410
Tampa, Florida 33602
tgomez@forthepeople.com
*Attorneys for Plaintiff*

Dated:  June 8, 2016                    */s/ Jenny N. Perkins*
                                        Jenny N. Perkins, Esquire
                                        Florida Bar No. 77570
                                        perkinsj@ballardspahr.com
                                        BALLARD SPAHR LLP
                                        1735 Market Street, 51st FL
                                        Philadelphia, PA 19103
                                        *Attorneys for Defendants*