UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY MILANA,

    Plaintiff,

v.      Case No: 2:16-cv-385-FtM-29MRM

DRIVETIME AUTOMOTIVE GROUP, INC. and BRIDGECREST CREDIT COMPANY, LLC,

    Defendants.

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #12) filed on May 18, 2017. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this  25th  day of May, 2017.

                                              JOHN E. STEELE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record